**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DWAYNE FRAMPTON, | ) | No. CV 03-7797 PSG (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| JOE McGRATH (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.  The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

The Report and Recommendation is corrected as follows: on page 66, line 9, the phrase "at a market" is deleted and replaced by the phrase "in the street."

//

//

1

1    **IT IS ORDERED**: (1) that the Report and Recommendation of the

2  United States Magistrate Judge be accepted; and (2) that judgment be

3  entered denying the petition and dismissing this action with

4  prejudice.

5    **IT IS FURTHER ORDERED** that this order and the judgment herein be

6  served on the parties.

7

8  DATED:    April 18, 2011

9

10

11                          PHILIP S. GUTIERREZ
                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2