**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWAYNE FRAMPTON,           )<br>                           )<br>        Petitioner,   )<br>                           )<br>     v.                    )<br>                           )<br>JOE McGRATH (Warden),      )<br>                           )<br>        Respondent.    )<br>_____) | Case No. CV 03-7797 PSG (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:     April 18, 2011

_____
PHILIP S. GUTIERREZ
United States District Judge

1